# United States District Court
## Violation Notice

0553

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6230937 | D. Vance | 1808 |

6230937

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/24/2023 1449 | 38 CFR 1.218(b)(34) |

Place of Offense: 420 N. James Rd. Columbus OH 43219

Offense Description: Factual Basis for Charge
38 CFR 1.218(b)(34)(31/15)
Exceeding Posted Speed Limits

**DEFENDANT INFORMATION**

Last Name: Harris   First Name: V Jona

[redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| Q100046 | OH | 14 | Niss, Sen. | | White |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$25.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $55.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 85 Marconi Blvd Col. OH
Date: 3/17
Time: 1100

X Defendant Signature: Did Not Sign

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

I state that on February 24, 2023 while exercising my duties as a law enforcement officer in the Southern District of Ohio.

While conducting traffic enforcement, I observed + confirmed a white Nissan Sentra OH temp tag Q100046 traveling 31 MPH in a 15 MPH zone (with Falcon Handheld radar). The owner/operator did not possess a valid drivers license, registration, or proof of insurance. The operator was cited on this citation for exceeding posted speed limits, 31 mph in a 15 mph zone.

Nothing Further

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/24/2023   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/09/2023 9:55